IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET SICKMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-3009 |
| | : | |
| STANDARD INSURANCE COMPANY, et al. | : | |

## ORDER

AND NOW, this 14th day of February, 2023, upon consideration of Defendants Flowers Foods/Tasty Baking Company and Standard Insurance Company's Motion to Dismiss (ECF No. 15) and Plaintiff Margaret Sickman's opposition thereto, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED the Motion is GRANTED.

It is further ORDERED Sickman's request for leave to amend her complaint is DENIED. The Amended Complaint is DISMISSED WITH PREJUDICE. *See Weathers v. Sch. Dist. of Phila.*, 383 F. Supp. 3d 388, 402 n.11 (E.D. Pa. 2019) (citing *Grayson v. Mayview State Hosp.*, 293 F.3d 103, 108 (3d Cir. 2002)) ("This Court may dismiss a claim with prejudice when leave to amend would be futile.").

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.